UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PENNY MONROE,

        Plaintiff,

v.                                                  Case No. 09-C-1163

MICHAEL ASTRUE,

        Defendant.

**ORDER**

Plaintiff has moved for leave to proceed *in forma pauperis*. Her affidavit indicates a number of assets that are suggestive of a typical middle class individual rather than an indigent one, however. These include a recently purchased 2009 automobile and a home worth $160,000. The affidavit indicates that the monthly mortgage payment is limited to $500, which suggests there could be significant equity in the home. In short, based on the affidavit, I cannot conclude that Plaintiff's financial circumstances are such that she is entitled to be relieved of the filing fee that every other citizen must normally pay. The motion will therefore be **DENIED**. Plaintiff is free to renew her motion if she can provide evidence that she has no appreciable home equity or that some other compelling reason justifies relief.

**SO ORDERED** this 23rd day of December, 2009.

                                                          /s William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge